# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DOUGLAS BERRY,

    Plaintiff,

v.

STONEMOR MICHIGAN LLC,

    Defendant.

Case No. 22-cv-12634
Hon. Matthew F. Leitman

| | |
|---|---|
| Brendan J. Childress (P85638)<br>Noah S. Hurwitz (P74063)<br>HURWITZ LAW PLLC<br>*Attorneys for Plaintiff*<br>617 Detroit St., Ste. 125<br>Ann Arbor, MI 48104<br>(844) 487-9789<br>Brendan@hurwitzlaw.com<br>Noah@hurwitzlaw.com | Joseph A. Ciucci (P48624)<br>DUANE MORRIS LLP<br>1075 Peachtree Street, N.E.,<br>Suite 1700<br>Atlanta, GA 30309-3929<br>Telephone: (404) 253-6988<br>Fax: (404) 393-0744<br>jaciucci@duanemorris.com |

## **STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE**

    It is hereby stipulated, by and between counsel for Plaintiff Douglas Berry, on his behalf and on behalf of all others similarly situated, and Defendant StoneMor Michigan LLC, that all the claims set forth by Plaintiff against Defendant in the above-captioned action are dismissed without prejudice and without interest, costs, or attorneys' fees to any Party.

**IT IS HEREBY ORDERED** that the above-captioned action is DISMISSED WITHOUT PREJUDICE and without interest, costs or attorneys' fees to any Party.

This order disposes of all claims and closes the case.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  December 6, 2022


Stipulated to by:

| | |
|---|---|
| /s/ *Noah S. Hurwitz* | /s/ *Joseph A. Ciucci (with consent)* |
| Noah S. Hurwitz (P74063) | Joseph A. Ciucci (P48624) |
| HURWITZ LAW PLLC | DUANE MORRIS LLP |
| Attorney for Plaintiff | Attorney for Defendant |

Dated: December 5, 2022